IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KYLE GRAY,

      Petitioner,

v.                                         Case No.  4:14cv89-MW/CAS

STATE OF FLORIDA,

      Respondent.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 29, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 34.   Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "The § 2254 petition, ECF No. 1, is **DENIED**.  A certificate of appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on February 16, 2017.**

                                                             s/Mark E. Walker            
                                                             **United States District Judge**